**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**FRANKLIN E. OTT,**

    **Plaintiff,**

**v.**                                           Case No. 8:07-cv-1604-T-30TBM

**MALIBU ACCEPTANCE CORP., et al.,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Notice of Filing Declaration of Attorney's Fees and Costs (Dkt. #45) filed in accordance with the Court's Order dated October 19, 2008.

Upon review and consideration, it is ORDERED AND ADJUDGED that:

1. The parties' Joint Motion for Approval of Settlement and Motion to Dismiss Case (Dkt. #42) is **GRANTED** in full, including the provisions addressing the payment of Plaintiff's attorneys' fees and costs.

2. The Court thus approves the terms and conditions of the Settlement Agreement and General Release in all respects.

3. All pending motions, if any, are denied as moot.

**DONE** and **ORDERED** in Tampa, Florida on October 22, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2007\07-cv-1604.approve atty fees.frm